UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1886

TESSA R R G C CHILDRESS, a/k/a Tessa Rani Raybourne Gibson
Carlisle Childress, filed as Tessa Rani Raybourne Gibson
Carlisle Childress,

Plaintiff - Appellant,

v.

FIRST CITIZENS BANK, We're On It; DEVON ORMSON; RYAN FUNKE;
SHAQUITA, Customer Call Center; PAM WELLS; COREY GREENE;
BRIANA, Teller on April 8, 2013; BOSTICK, Teller on April 8,
2013,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior
District Judge. (2:13-cv-01010-SB)

Submitted: September 24, 2013        Decided: September 26, 2013

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tessa R R G C Childress, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tessa Childress appeals the district court's order dismissing her civil action alleging a violation of the federal Wiretap Act. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Childress' informal brief does not challenge the basis for the district court's disposition, Childress has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED